IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY BANKS**                                                                    **PLAINTIFF**

v.                           No. 4:23-cv-222-DPM

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**                              **DEFENDANTS**

## JUDGMENT

Banks's complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

23 May 2023